[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Amos,* Slip Opinion No. 2019-Ohio-168.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2019-OHIO-168

THE STATE OF OHIO, APPELLANT, *v.* AMOS, APPELLEE.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Amos,* Slip Opinion No. 2019-Ohio-168.]

*Appeal dismissed as having been improvidently accepted.*

(No. 2017-1778—Submitted January 9, 2019—Decided January 23, 2019.)

APPEAL from the Court of Appeals for Hamilton County,

Nos. C-160717 and C-160718, 2017-Ohio-8448.

_____

{¶ 1} This case is dismissed as having been improvidently accepted.

FRENCH, OSOWIK, DEWINE, DONNELLY, and STEWART, JJ., concur.

O'CONNOR, C.J., and KENNEDY, J., dissent.

THOMAS J. OSOWIK, J., of the Sixth District Court of Appeals, sitting for FISCHER, J.

_____

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Paula E. Adams, Assistant Prosecuting Attorney, for appellant.

Raymond T. Faller, Hamilton County Public Defender, and Julie Kahrs Nessler and Joshua A. Thompson, Assistant Public Defenders, for appellee.

Timothy Young, Ohio Public Defender, and Charlyn Bohland, Assistant Public Defender; Juvenile Law Center and Marsha L. Levick; Justice for Children Project and Kimberly P. Jordan; and Children's Law Center, Inc., and Rickell Howard, urging affirmance for amici curiae Ohio Public Defender, Juvenile Law Center, National Juvenile Defender Center, Association for the Treatment of Sexual Abusers, Professor Catherine Carpenter, Justice for Children Project, and Children's Law Center, Inc.

_____